**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
 ALFRED LOUIS BURTS,

                              Plaintiff,                  24 **CIVIL** 3596 (DEH)(SDA)

         -v-                                              ## JUDGMENT

ACTING COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
-------------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Stipulation and Order dated April 3, 2025, that the Commissioner's decision

be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner

of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further

administrative proceedings. On remand, the Commissioner will offer Plaintiff the opportunity for

a hearing and will issue a new decision.

**Dated:**  New York, New York

         April 3, 2025


                                        **TAMMI M. HELLWIG**
                              _____
                                        **Clerk of Court**

                    **BY:**        *K. Mango*
                              _____
                                        **Deputy Clerk**